# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Thigpen, | No. CV-23-01359-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Heisner, | |
| Defendant. | |

Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R") recommending the Court deny Petitioner Antonio Thigpen's petition for writ of habeas corpus pursuant to 28 U.S.C. § 1441. Neither party filed objections. Therefore, the Court will adopt the R&R in full.[1] A certificate of appealability is not required. *Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997).

Accordingly,

**IT IS ORDERED** the R&R (Doc. 10) is **ADOPTED**.

…

…

…

…

…

---

[1] Petitioner was informed he was required to keep his address updated. (Doc. 3 at 2). Petitioner failed to do so. (Doc. 11). It is not clear whether Petitioner received a copy of the R&R.

**IT IS FURTHER ORDERED** the petition (Doc. 1) is denied and dismissed and the Clerk of Court shall enter judgment in favor of Defendant.

Dated this 19th day of April, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge